United States District Court
Northern District of New York

| | |
|---|---|
| MATTHEW BRENT MCDOUGAL, | Case 5:20-cv-00965-TJM-DJS |
| Plaintiff, | Thomas J. McAvoy |
| | United States District Judge |
| v. | |
| | Daniel J. Stewart |
| KILOLO KIJAKAZI,[1] | United States Magistrate Judge |
| Acting Commissioner of the | |
| Social Security Administration | Stipulation – Document Filed Electronically |
| Defendant. | August 10, 2021 |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, Plaintiff will be given the opportunity for a de novo hearing and a new decision will be issued. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Matthew Brent Mcdougal, |
| By Her Attorneys | By His Attorney |
| | |
| Antoinette T. Bacon, | |
| Acting United States Attorney | |
| | |
| /s/ Jessica Richards | /s/ Howard D. Olinsky[2] |
| Jessica Richards | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Signed by Jessica Richards with permission via email on August 9, 2021.

N.D.N.Y. Bar Roll No. 700996
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-1833
jessica.richards@ssa.gov

Bar Number 102297
250 South Clinton St.
Suite 210
Syracuse, NY 13202
(315) 701-5780
holinsky@windisability.com

IT IS SO ORDERED.
DATED:  August 11, 2021

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge