# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Matthew Brent Mcdougal**
        Plaintiff(s)
  vs.                                   **CASE NUMBER: 5:20-cv-965 (TJM/DJS)**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g). Upon remand, Plaintiff will be given the opportunity for a de novo hearing and a new decision will be issued. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 11th day of August, 2021.

DATED: August 11, 2021

_John Domurad_
Clerk of Court

s/Kathy Rogers
Deputy Clerk