**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MATTHEW M.,**

                **Plaintiff**

     v.                                                                                    **5:20-CV-965**
                                                                                                        **(TJM)**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

     Before the Court is Plaintiff's request for attorneys fees in this appeal of the Defendant Social Security Commissioner's denial of her benefits. See dkt. #22. Plaintiff contends he is entitled to attorneys fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. He contends that he was the prevailing party, that the government's litigation position was not substantially justified, that his net assets are worth less than $2 million, and that the case has ended with a final order. Plaintiff has waived direct payment and requests that any payment be made to his attorney if the United States does not claim a debt that is entitled to an offset against the Plaintiff. The government does not object to payment of fees and costs and agrees to pay the fees directly to Plaintiff's counsel if Plaintiff does not owe a debt to the government at the time of this order. See dkt. # 23.

1

Having examined the parties' filings and counsel's billing record, the Court finds that the fees sought are recoverable and reasonable. The Plaintiff's motion for attorneys' fees and costs, dkt. # 22, is hereby **GRANTED**, as follows:

1. Attorney's fees are awarded to Plaintiff in the amount of $5,940.41;

2. Costs are awarded to Plaintiff in the amount of $400; and

3. If Plaintiff has no debt registered with the Department of the Treasury subject to offset, the fees shall be made payable to Plaintiff's attorney.

**IT IS SO ORDERED**

Thomas J. McAvoy
Senior, U.S. District Judge

**DATED**: April 14, 2022