**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MATTHEW M.,**

                **Plaintiff**

    **v.**                                      **5:20-CV-965**
                                                        **(TJM)**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## AMENDED DECISION & ORDER

Before the Court is Plaintiff's request for attorneys fees in this appeal of the Defendant Social Security Commissioner's denial of her benefits. See dkt. #22. Plaintiff contends he is entitled to attorneys fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.[1] He contends that he was the prevailing party, that the government's litigation position was not substantially justified, that his net assets are worth less than $2 million, and that the case has ended with a final order. Plaintiff has waived direct payment and requests that any payment be made to his attorney if the United States does not claim a debt that is entitled to an offset against the Plaintiff. The government

---

[1] The Court's original Order granted Plaintiff $400 in filing fees. Plaintiff has informed the Court that Plaintiff proceeded _in forma pauperis_ and is therefore not entitled to reimbursement for a filing fee he did not pay. See dkt. # 26. The Court therefore amends the order to eliminate the filing fees awarded.

1

does not object to payment of fees and costs and agrees to pay the fees directly to Plaintiff's counsel if Plaintiff does not owe a debt to the government at the time of this order.  See dkt. # 23.

Having examined the parties' filings and counsel's billing record, the Court finds that the fees sought are recoverable and reasonable.  The Plaintiff's motion for attorneys' fees and costs, dkt. # 22, is hereby **GRANTED**, as follows:

1. Attorney's fees are awarded to Plaintiff in the amount of $5,940.41; and
2. If Plaintiff has no debt registered with the Department of the Treasury subject to offset, the fees shall be made payable to Plaintiff's attorney.

**IT IS SO ORDERED**

DATED: April 26, 2022

Thomas J. McAvoy
Senior, U.S. District Judge