# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**Matthew Brent Mcdougal**

        Plaintiff

vs.                            **CASE NUMBER: 5:20-cv-965 (TJM/DJS)**

**Commissioner of Social Security**

        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiffs motion for attorneys fees and costs, dkt. # 22, is hereby GRANTED, as follows: 1. Attorneys fees are awarded to Plaintiff in the amount of $5,940.41; and 2. If Plaintiff has no debt registered with the Department of the Treasury subject to offset, the fees shall be made payable to Plaintiffs attorney.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 26th day of April, 2022.

DATED: April 26, 2022

                                      *John Domurad*
                                      Clerk of Court

                                                          s/Kathy Rogers
                                                          Deputy Clerk